36257, 36379. HOLCOMB v. LAWSON (two cases).

Judgment affirmed without opinion under Rule 59.
*All the Justices concur.*

SUBMITTED JUNE 2, 1980 — DECIDED SEPTEMBER 9, 1980.

*Ira L. Rachelson,* for appellant.
*Harry W. Krumenauer,* for appellees.